UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| MARLON ALFORD | * | CIVIL ACTION |
|---|---|---|
| | * | |
| VERSUS | * | NO. 22-3558 |
| | * | |
| LOUISIANA CVS PHARMACY, L.L.C., | * | SEC. |
| AND JOHN DOE | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | MAG. DIV. |

## NOTICE OF REMOVAL

Defendant Louisiana CVS Pharmacy, L.L.C. ("CVS"), through undersigned counsel, respectfully represents:

1.

On July 18, 2022, Plaintiff Marlon Alford filed a Petition for Damages in Civil District Court for the Parish of Orleans, State of Louisiana, captioned *Marlon Alford v. Louisiana CVS Pharmacy, L.L.C., and John Doe* and bearing Case No. 2022-6392, Section 15, Division J, seeking monetary damages from CVS for alleged personal injuries.

2.

Plaintiff at the time of filing the Petition for Damages requested that service be held. Plaintiff subsequently requested issuance of service on September 12, 2022, and the Clerk of Court issued citation on September 19, 2022. Therefore, as of the date of this filing, CVS is within the statutory 30-day window for removal, pursuant to 28 USC §1446(b).

3.

Without prejudice to any defense CVS may have to Plaintiff's action, it hereby removes the above-referenced state court action to the United States District Court for the Eastern District of Louisiana where it might originally have been filed.

4.

Subject matter jurisdiction in this Court is appropriate pursuant to 28 U.S.C. §1332 (diversity of citizenship).

5.

Plaintiff, per his Petition, is domiciled in Cook County, Illinois, and thus a citizen of Illinois.

6.

Louisiana CVS Pharmacy, L.L.C. is a limited liability company organized under the laws of Louisiana. Its sole member is CVS Pharmacy, Inc., a Rhode Island corporation with its principal place of business in Woonsocket, Rhode Island, where CVS Pharmacy, Inc. has its corporate headquarters.

7.

Therefore, there is complete diversity between Plaintiff (Illinois) and Defendant (Rhode Island).

8.

Plaintiff alleged that he was a customer at a CVS store in New Orleans when he was struck by a CVS employee and sustained severe injuries, leaving him in an unconscious or semi-conscious state. Plaintiff alleged that he is entitled to recover damages for physical pain and

suffering, mental anguish, lost enjoyment of life, disability, and medical expenses. CVS denies liability to Plaintiff in any amount, but based on the allegations in the Petition, the amount in controversy exceeds $75,000, exclusive of interest and costs.

9.

Venue is proper, as Orleans Parish lies within the Eastern District of Louisiana.

10.

Pursuant to 28 U.S.C. §1446(a), a copy of available process, pleadings, and orders in the state court action are being filed along with this Notice of Removal, and are attached hereto.

11.

Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served on counsel for all parties and a copy is being filed with the Clerk of Court for the Parish of Orleans, State of Louisiana.

WHEREFORE, Defendant CVS hereby gives notice that the above-referenced state court action is removed to the United States District Court for the Eastern District of Louisiana for further proceedings and disposition in accordance with law.

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

_____
C. WM. BRADLEY JR. (#03371)
BENJAMIN J. BILLER (#34445) (T.A.)
Attorneys for Defendant
Louisiana CVS Pharmacy, L.L.C.
1100 Poydras St., Ste 2700
New Orleans, LA  70163
Tel.: (504) 596-6300
Fax: (504) 596-6301
Email: bbradley@bradleyfirm.com
Email: bbiller@bradleyfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2022, a copy of the foregoing Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have emailed this filing to Plaintiff's counsel, Robert J. Daigre, rdaigre@burgoslawfirm.com.

_____
BENJAMIN J. BILLER