**ATTORNEY'S NAME:** Daigre, Robert J 23016
**AND ADDRESS:** 3535 Canal Street, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-06392 | DIVISION: J | SECTION: 15 |
|---|---|---|

### ALFORD, MARLON

### Versus

### LOUISIANA CVS PHARMACY, L.L.C. ET AL

### CITATION

**TO:** LOUISIANA CVS PHARMACY, LLC
**THROUGH:** ITS AGENT FOR SERVICE: CT CORPORATION SYSTEM
3867 PLAZA TOWER DR., BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA September 19, 2022

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Kasie Jiles, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON **LOUISIANA CVS PHARMACY, LLC** THROUGH: **ITS AGENT FOR SERVICE: CT CORPORATION SYSTEM** Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / | On this _____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON **LOUISIANA CVS PHARMACY, LLC** THROUGH: **ITS AGENT FOR SERVICE: CT CORPORATION SYSTEM** by leaving same at the dwelling house, or usual place of abode, in the hands of a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **LOUISIANA CVS PHARMACY, LLC** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

| PAPER | RETURN |
|---|---|
| / | / |

| SERIAL NO. | DEPUTY | PARISH |
|---|---|---|

ID: 10997749                    Page 1 of 2

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NUMBER: 2022-6392

MARLON ALFORD

VERSUS

LOUISIANA CVS PHARMACY, L.L.C, AND JOHN DOE

DIVISION "J" SECTION 15

FILED: _____   _____
                                  DEPUTY CLERK

## PETITION FOR DAMAGES

Now into Court, through undersigned counsel, comes, Marlon Alford, a person of the full age of majority domiciled in the Cook County, Illinois, who respectfully says:

1.

The following parties are made defendants herein:

A. Louisiana CVS Pharmacy, L.L.C. (hereinafter "Rumba"), a foreign limited liability company, authorized to do and doing business in the State of Louisiana with its registered office in the Parish of East Baton Rouge; and

B. John Doe, an unknown individual believed to be a resident of the State of Louisiana.

2.

Venue is proper in this Honorable Court as the wrongful conduct occurred in Orleans Parish.

3.

On or about July 18, 2021, Petitioner, Marlon Alford, was a customer at the CVS Store #763 on Canal Street in New Orleans, Louisiana when he was struck by John Doe, an employee of CVS Store #763, and sustained severe injuries.

4.

Petitioner avers that the actions of John Doe in striking Petitioner were unprovoked and unwarranted and left Petitioner in an unconscious or semi-conscious state.

5.

Petitioner further avers that John Doe and/or other employees of CVS filed a complaint with the New Orleans Police Department which resulted in misdemeanor charges of disturbing the peace and public drunkenness which charges were dismissed on Nolle Prosequi.

1

VERIFIED

6.

As a direct and proximate result of the actions of John Doe, Petitioner sustained serious injuries.

7.

Petitioner's injuries were direct and proximate result of the fault and/or negligence of the Defendant, Louisiana CVS Pharmacy, L.L.C., in the following aspects:

A. Failure to maintain a safe place of business;

B. Failure to properly screen and hire employees;

C. Failure to properly train employees;

D. Failure to protect Petitioner from unreasonable risks;

E. Failure to inspect and keep the premises in a safe and suitable condition for the customers of the Defendant;

F. Failure to discover an unreasonably dangerous condition;

G. Failure to take reasonable steps to prevent a dangerous condition from causing injury;

H. Failure to warn of the dangerous condition;

I. Creating a dangerous condition; and

J. Failing to act as a reasonable and/or prudent person would under the same or similar circumstances together with any and all other acts of negligence through omission or commission that may be shown at the time of trial.

All of which acts of negligence are in violation of the ordinances of the Parish of Orleans and the statutes of Louisiana, that are specially pleaded herein as if copied in *extenso*.

8.

Petitioner's injuries were direct and proximate result of the fault and/or negligence of the Defendant, John Doe, in the following aspects:

A. Intentionally striking and assaulting Petitioner;

B. Negligently using excessive force in trying to restrain Petitioner;

C. Negligently using excessive force in trying to remove Petitioner from the premises; and

D. Failing to act as a reasonable and/or prudent person would under the same or similar circumstances together with any and all other acts of negligence through omission or commission that may be shown at the time of trial.

All of which acts of negligence are in violation of the ordinances of the Parish of Orleans and the statutes of Louisiana, that are specially pleaded herein as if copied in *extenso*.

9.

Petitioner, Marlon Alford, itemizes his damages which are the result of the injury proximately caused by the above-described negligence of the Defendants as follows, to-wit:

A. Past, present, and future physical pain, suffering and discomfort;

B. Past, present, and future mental anguish, aggravation, and annoyance;

C. Past, present and future medical expenses;

D. Loss of enjoyment of life;

E. Disability from engaging in recreation; and

F. Any and all other damages proven at a trial of this matter.

10.

Petitioner, Marlon Alford, reserves his right to trial by jury on all issues.

**WHEREFORE**, Petitioner, Marlon Alford, prays that Defendants, Louisiana CVS Pharmacy, L.L.C. and John Doe, when properly identified, be served with a certified copy of this Petition and be duly cited to appear and answer same within the delays allowed by law and after all due delays and legal proceedings be had, there be judgment herein in favor of Petitioner, Marlon Alford, and against Defendants, Louisiana CVS Pharmacy, L.L.C. and John Doe, in an amount reasonable in the premises, together with legal interest from date of judicial demand and for all costs incurred and for any other relief that this Honorable Court deems just and proper.

Respectfully submitted:
**BURGOS & ASSOCIATES, L.L.C**

_____
CESAR R. BURGOS (#24328)
ROBERT J. DAIGRE (#23016)
GABRIEL O. MONDINO (#31514)
GEORGE MCGREGOR (#33977)
3535 Canal Street
New Orleans, Louisiana 70119-6135
Telephone: (504) 488-3722
Facsimile: (504) 482-8525
rdaigre@burgoslawfirm.com

**PLEASE HOLD SERVICE**

3

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

**NUMBER:** _____                    **DIVISION** _____

**MARLON ALFORD**

**VERSUS**

**LOUISIANA CVS PHARMACY, L.L.C, AND JOHN DOE**

**FILED:** _____          _____
                                                                 **DEPUTY CLERK**

**REQUEST FOR NOTICE**

**NOW INTO COURT**, through undersigned counsel, comes, Petitioner, Marlon Alford, who pursuant to the Louisiana Code of Civil Procedure Article 1572, respectfully move this Court for written notice fifteen (15) days in advance of the date fixed for the trial or hearing on any exception, motion, rule, or trial on the merits in the above captioned proceeding and, pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914, request immediate notice of all interlocutory and final orders and judgments on any exceptions, motions, rules or the trial on the merits in the captioned proceeding.

Respectfully submitted:
**BURGOS & ASSOCIATES, L.L.C**

_____
CESAR R. BURGOS (#24328)
ROBERT J. DAIGRE (#23016)
GABRIEL O. MONDINO (#31514)
GEORGE MCGREGOR (#33977)
3535 Canal Street
New Orleans, Louisiana 70119-6135
Telephone: (504) 488-3722
Facsimile: (504) 482-8525
rdaigre@burgoslawfirm.com

4

